# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **PHILIP MOORE**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16 C 7143 |
| | ) |
| **THE CITY OF CHICAGO**, and Detention | ) |
| Aid **ANTHONY F. JANTKE, #110620**, | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM ORDER**

Codefendants Anthony Jantke and the City of Chicago have filed a Dkt. No. 40 motion asking this Court to set a trial date. But that motion confirms that although discovery is complete (subject to the possible need for one additional deposition), what this Court views as essential preconditions to setting a case for trial -- the parties' preparation, and submission for Court approval, of a jointly proposed final pretrial order (see this District Court's LR 16.1.4 form) and the presentation of motions in limine for Court approval -- have not yet been generated by the parties' counsel. Although other judges may perhaps choose to put the cart before the horse by setting a future date for trial and working backwards from that date to set a timetable for satisfying those preconditions, this Court's experience teaches otherwise.

But this Court's preference is irrelevant, because recent surgery combined with a slow rehabilitation process have combined to require it to retire from the District Court, with its cases (including this one) to be reassigned to its colleagues by the customary computer-driven random assignment system. It will consequently be for the assignee judge in this case to address the subject raised by defendants' Dkt. No. 40 motion. In the meantime, this Court anticipates that

counsel will first confer with the assignee judge as to his or her usual practice, so that the motion itself is denied without prejudice.

_____
Milton I. Shadur
Senior United States District Judge

Date: August 9, 2017